

**IT IS ORDERED as set forth below:**

**Date: April 29, 2026**

_____

**Paul Baisier**
**U.S. Bankruptcy Court Judge**
**Signed as Revised by the Court**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Sydney Wainscott Pepper | ) | CASE NO. |
| | ) | 26-51098-pmb |
| Debtor. | ) | |
| | ) | CHAPTER 13 |
| | ) | |
| IH3 Property Georgia LP | ) | |
| Movant. | ) | |
| | ) | |
| V. | ) | CONTESTED MATTER |
| | ) | |
| Sydney Wainscott Pepper, Debtor; and | ) | |
| | ) | |
| Melissa J. Davey, Trustee | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

On March 20, 2026, IH3 Property Georgia LP (hereinafter, "Movant") filed a Motion For

Relief From Automatic Stay (Doc. No. 25) (the "Motion"). The Motion concerns rented real

property known as 310 Ballyshannon Dr, Dacula Ga 30019 (the "Property"). A hearing on said

1

Motion was heard on April 16, 2026, upon notice Movant contends was proper. No response or objection to the Motion was filed by the Debtor or Trustee, and similarly no opposition to Movant's Motion was announced by the Debtor or the Trustee.

The Court, having considered the Motion and all other matters of record, hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant's Motion is granted.  The automatic stay pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code is MODIFIED to allow Movant to pursue all remedies available under Georgia law to recover possession of the Property, and that the Property be abandoned as property of the estate. It is further

**ORDERED** that Movant may obtain a judgment for post-petition rent arrears as to Debtor within the course of a dispossessory action to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to Debtor and the property of the estate during the pendency of the instant Bankruptcy, and such judgment is subject to discharge. It is further

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action.

[END OF DOCUMENT]

**Order presented by:**
/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd Ste B136
Atlanta, GA 30338
Tel: (404) 692-4342
Email: mft@tottenfirm.com

2

**No Opposition:**
/s/ Delaycee S. Rowland (w/ exp. perm)
Delaycee S. Rowland
GA BAR NO. 773359
Office of Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250
233 Peachtree Street NE
Atlanta, GA 30303
Email: mail@13trusteeatlanta.com

**Distribution List:**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd
Ste B136
Atlanta, GA 30338

Karen King
King & King Law LLC
215 Pryor Street SW
Atlanta, GA 30303

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Office of Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250
233 Peachtree Street NE
Atlanta, GA 30303

Sydney Wainscott Pepper, Debtor
310 Ballyshannon Dr
Dacula Ga 30019

3

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                          Case No. 26-51098-pmb

Sydney Wainscott Pepper                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 1 |
| Date Rcvd: Apr 29, 2026 | Form ID: pdf401 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2026:**

**Recip ID                        Recipient Name and Address**
db                          + Sydney Wainscott Pepper, 310 Ballyshannon Drive, Dacula, GA 30019-6558

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion21.at.ecf@usdoj.gov | Apr 29 2026 20:43:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2026                          Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2026 at the address(es) listed below:

**Name                        Email Address**

Karen King
                        on behalf of Debtor Sydney Wainscott Pepper myecfkingnking@gmail.com;EcfmailR62760@notify.bestcase.com

Matthew Franklin Totten
                        on behalf of Creditor IH3 Property Georgia LP mft@tottenfirm.com  jet@tottenfirm.com,mtots@recap.email

Melissa J. Davey
                        mail@13trusteeatlanta.com  cdbackup@13trusteeatlanta.com

TOTAL: 3