UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                              CHAPTER 13
Sydney Wainscott Pepper,
                          Debtor.                   CASE NO. 26-51098 - PMB


**VOLUNTARY DISMISSAL UNDER SECTION 1307(b)**


      Comes now Debtor, Sydney Wainscott Pepper, by and through Debtor's attorney, and states as follows:

      Under Section 1307(b) of the Bankruptcy Code, Debtor is entitled to have this Chapter 13 case dismissed at any time, and Debtor, by this motion, respectfully requests that such case be dismissed and the estate closed as soon as practicable.

      WHEREFORE, Debtor, pursuant to Rule 1017(d) of the Rules of Bankruptcy Procedure, moves this Honorable Court to enter an order dismissing this case and closing the estate as soon as practicable.


06 / 10 / 2026                                      _Terri O'Neil_ /s/
Date                                                Terri O'Neil, Attorney for Debtor
                                                    GA Bar No. 306445
                                                    215 Pryor Street
                                                    Atlanta, GA 30303
                                                    (404) 524-6400
                                                    notices@kingkingllc.com


I hereby certify that I am voluntarily dismissing my Chapter 13 Bankruptcy Case.  I understand that if a Motion for Relief from Stay of any sort has been filed in my case, I will not be able to file another Chapter 13 or Chapter 7 bankruptcy case for 180 days from the date of the Dismissal Order that lists debts involved in the Motion for Relief of Stay and probably not under any circumstances.   Any liens avoided will be reinstated.  Interest on unsecured debts will be reinstated for period in bankruptcy.

06 / 10 / 2026                                      _Sydney Wainscott Pepper_ /s/
Date                                                Sydney Wainscott Pepper

Document Ref: KXNXG-SANH2-EYQNG-2MTXF

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                          CHAPTER 13
Sydney Wainscott Pepper,
                     Debtor.                    CASE NO. 26-51098 - PMB

**CERTIFICATE OF SERVICE**

        I hereby certify that on the __10th__ day of __June_____, __26__, I electronically filed the foregoing **Voluntary Dismissal** using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Melissa J. Davey
233 Peachtree Street N.E, Suite 2250, Atlanta, GA. 30303

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail on the following parties at the address shown for each.

Sydney Wainscott Pepper
310 Ballyshannon Drive
Dacula, GA 30019

Dated:   06.10.2026

                                    *Terri O'Neil*
By: _____ /s/
King & King Law, LLC
Terri O'Neil, Attorney at Law
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
notices@kingkingllc.com

Document Ref: KXNXG-SANH2-EYQNG-2MTXF

# CERTIFICATE *of* SIGNATURE

REF. NUMBER
**KXNXG-SANH2-EYQNG-2MTXF**

DOCUMENT COMPLETED BY ALL PARTIES ON
**10 JUN 2026 18:09:46
UTC**

| SIGNER | TIMESTAMP | SIGNATURE |
|---|---|---|

**SYDNEY WAINSCOTT PEPPER**

EMAIL
**SOUTHERNPEPPERCO@GMAIL.COM**

SENT
**10 JUN 2026 16:53:38**

VIEWED
**10 JUN 2026 16:54:14**

SIGNED
**10 JUN 2026 16:54:26**

*Sydney Wainscott Pepper*

IP ADDRESS
**35.151.154.156**

LOCATION
**LAWRENCEVILLE, UNITED STATES**

**RECIPIENT VERIFICATION**

EMAIL VERIFIED
**10 JUN 2026 16:54:14**

---

**TERRI O'NEIL**

EMAIL
**TERRI.ONEIL@KINGKINGLLC.COM**

SENT
**10 JUN 2026 16:53:38**

VIEWED
**10 JUN 2026 18:08:42**

SIGNED
**10 JUN 2026 18:09:46**

*Terri O'Neil*

IP ADDRESS
**209.215.129.14**

LOCATION
**MONTICELLO, UNITED STATES**

**RECIPIENT VERIFICATION**

EMAIL VERIFIED
**10 JUN 2026 18:08:42**



Label Matrix for local noticing
113E-1
Case 26-51098-pmb
Northern District of Georgia
Atlanta
Wed Jun 10 14:19:48 EDT 2026

(p)AMERICOLLECT INC
PO BOX 2080
MANITOWOC WI 54221-2080

(p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

AMERICREDIT FINANCIAL SERVICES, INC. DBA GM
P O BOX 183853
ARLINGTON, TX 76096-3853

ANESTHESIA ASSOCIATES OF GAINESVILLE LLC
C/O WAKEFIELD & ASSOCIATES, LLC
PO BOX 58
Fort Morgan, CO 80701-0058

American Credit Accepance
961 E. Main Street
Spartanburg, SC 29302-2149

Ashley Funding Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Natanya H. Brooks
Brooks Law Partner, LLC
4036 Wetherburn Way NW
Peachtree Corners, GA 30092-7407

CREDENCE RESOURCE MANAGEMENT
4222 TRINITY MLS STE 260
DALLAS, TX 75287-7666

CREDITONEBNK
PO BOX 98872
LAS VEGAS, NV 89193-8872

Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250
233 Peachtree Street NE
Atlanta, GA 30303-1509

Department of Ed
PO Box 2287
Atlanta, GA 30301-2287

FST PREMIER
3820 N LOUISE AVE
SIOUX FALLS, SD 57107-0145

(p)FARMERS FURNITURE
ATTN CORPORATE CREDIT DEPT
PO BOX 1140
DUBLIN GA 31040-1140

(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

IH3 PROPERTY GEORGIA LP
2170 SATELLITE BLVD., STE 375
Duluth, GA 30097-4983

IH3 Property Georgia LP
The Totten Firm
5579 Chamblee-Dunwoody Rd
Ste B-136
Atlanta, GA 30350 United States 30338-4154

(p)ESUSU  INC
ATTN ESUSU
200 BROADWAY 3RD FLOOR
SUITE 209
NEW YORK NY 10038-2595

IRS
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

JEFFERSON CAPITAL SYSTEMS, LLC
P.O. BOX 772813
Chicago, IL 60677-0113

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

John M Pepper
310 Ballyshannon Dr
Dacula, GA 30019-6558

Karen King
King & King Law LLC
215 Pryor Street, S.W.
Atlanta, GA 30303-3748

LVNV FUNDING LLC
C/O RESURGENT CAPITAL SERVICES
P.O. BOX 10587
Greenville, SC 29603-0587

LVNV Funding LLC
as successor in interest to
Credit One Bank NA
2618 East Paris Avenue SE
Grand Rapids, MI 49546-2454

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MONEYLION
PO BOX 1547
SANDY, UT 84091-1547

Sydney Wainscott Pepper
310 Ballyshannon Drive
Dacula, GA 30019-6558

Santander Consumer
505 Alpine Way Lot 48
Ste 11
Palmetto, GA 30268-1405

Matthew Franklin Totten
The Totten Firm, LLC
5579 Chamblee Dunwoody Rd
Ste B-136
Atlanta, GA 30338-4154

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


AMERICOLLECT
1851 S ALVERNO RD
MANITOWOC, WI 54221

AMERICREDIT FINANCIAL SERVICES, INC.
P O BOX 183853
Arlington, TX 76096

Farmers Furniture
1551 Eatonton Rd.
Madison, GA 30650


Georgia Department of Revenue
1800 Century Blvd NE Suite 910
Atlanta, GA 30345

(d)Georgia Dept of Revenue
 Bankruptcy
2595 Century Pkwy NE, Ste 339
Atlanta, GA 30345

INVITATION
200 BROADWAY
NEW YORK, NY 10038


Jefferson Capital Systems, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617

End of Label Matrix
Mailable recipients    30
Bypassed recipients     0
Total                  30