# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

| | | |
|---|---|---|
| In Re: | Debtor(s)<br>**Sydney Wainscott Pepper**<br>310 Ballyshannon Drive<br>Dacula, GA 30019<br><br>**xxx–xx–0244** | Case No.: **26–51098–pmb**<br>Chapter: **13**<br>Judge: **Paul Baisier** |

### ORDER OF DISMISSAL

The Chapter 13 Trustee's objection(s) to confirmation came before the Court and

After hearing and for good cause shown, confirmation is denied, and

**IT IS ORDERED THAT THIS CASE IS DISMISSED.**

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court within fourteen (14) days of the date of the entry of this Order.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an employer deduction order.

_Paul Baisier_

_____

Paul Baisier
United States Bankruptcy Judge

Dated: June 12, 2026

Form 155

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 26-51098-pmb |
| Sydney Wainscott Pepper | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 3 |
| Date Rcvd: Jun 12, 2026 | Form ID: 155 | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sydney Wainscott Pepper, 310 Ballyshannon Drive, Dacula, GA 30019-6558 |
| cr | + | IH3 Property Georgia LP, The Totten Firm, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30350 UNITED STATES 30338-4154 |
| spc | + | Natanya H. Brooks, Brooks Law Partner, LLC, 4036 Wetherburn Way NW, Peachtree Corners, GA 30092-7407 |
| 25686289 | + | Department of Ed, PO Box 2287, Atlanta, GA 30301-2287 |
| 25686293 | + | IH3 PROPERTY GEORGIA LP, 2170 SATELLITE BLVD., STE 375, Duluth, GA 30097-4983 |
| 25686297 | + | John M Pepper, 310 Ballyshannon Dr, Dacula, GA 30019-6558 |
| 25686301 | + | Santander Consumer, 505 Alpine Way Lot 48, Ste 11, Palmetto, GA 30268-1405 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25686284 | | Email/Text: ebn@americollect.com | Jun 12 2026 20:21:00 | AMERICOLLECT, 1851 S ALVERNO RD, MANITOWOC, WI 54221 |
| 25695324 | + | EDI: PHINAMERI.COM | Jun 13 2026 00:03:00 | AMERICREDIT FINANCIAL SERVICES, INC. DBA GM FINANC, P O BOX 183853, ARLINGTON, TX 76096-3853 |
| 25686285 | | EDI: PHINAMERI.COM | Jun 13 2026 00:03:00 | AMERICREDIT FINANCIAL SERVICES, INC., P O BOX 183853, Arlington, TX 76096 |
| 25686286 | + | Email/Text: bankruptcyreports@wakeassoc.com | Jun 12 2026 20:22:00 | ANESTHESIA ASSOCIATES OF GAINESVILLE LLC, C/O WAKEFIELD & ASSOCIATES, LLC, PO BOX 58, Fort Morgan, CO 80701-0058 |
| 25686283 | + | Email/Text: bankruptcy@acacceptance.com | Jun 12 2026 20:21:00 | American Credit Accepance, 961 E. Main Street, Spartanburg, SC 29302-2149 |
| 25689663 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 12 2026 20:27:46 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25686287 | + | Email/Text: bankruptcy@credencerm.com | Jun 12 2026 20:22:00 | CREDENCE RESOURCE MANAGEMENT, 4222 TRINITY MLS STE 260, DALLAS, TX 75287-7666 |
| 25686288 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 12 2026 20:27:44 | CREDITONEBNK, PO BOX 98872, LAS VEGAS, NV 89193-8872 |
| 25686294 | | Email/Text: rentsupport@esusu.org | Jun 12 2026 20:20:00 | INVITATION, 200 BROADWAY, NEW YORK, NY 10038 |
| 25686290 | | Email/Text: corporatecredit@farmersfurniture.com | Jun 12 2026 20:21:00 | Farmers Furniture, 1551 Eatonton Rd., Madison, GA 30650 |
| 25686291 | + | EDI: AMINFOFP.COM | Jun 13 2026 00:03:00 | FST PREMIER, 3820 N LOUISE AVE, SIOUX FALLS, SD 57107-0145 |
| 25686292 | | EDI: GADEPTOFREV | Jun 13 2026 00:03:00 | Georgia Department of Revenue, 1800 Century |

District/off: 113E-9                   User: bncadmin                              Page 2 of 3

Date Rcvd: Jun 12, 2026                Form ID: 155                          Total Noticed: 28

|  |  |  |  |
|---|---|---|---|
|  |  |  | Blvd NE Suite 910, Atlanta, GA 30345 |
| 25735150 | EDI: GADEPTOFREV | Jun 13 2026 00:03:00 | Georgia Dept of Revenue, Bankruptcy, 2595 Century Pkwy NE, Ste 339, Atlanta, GA 30345 |
| 25686295 | EDI: IRS.COM | Jun 13 2026 00:03:00 | IRS, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 25729681 | EDI: JEFFERSONCAP.COM | Jun 13 2026 00:03:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 25686296 | + EDI: JEFFERSONCAP.COM | Jun 13 2026 00:03:00 | JEFFERSON CAPITAL SYSTEMS, LLC, P.O. BOX 772813, Chicago, IL 60677-0113 |
| 25686299 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 12 2026 20:27:46 | LVNV FUNDING LLC, C/O RESURGENT CAPITAL SERVICES, P.O. BOX 10587, Greenville, SC 29603-0587 |
| 25686298 | ^ MEBN | Jun 12 2026 20:17:24 | LVNV Funding LLC, as successor in interest to, Credit One Bank NA, 2618 East Paris Avenue SE, Grand Rapids, MI 49546-2454 |
| 25689666 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 12 2026 20:27:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25686300 | + Email/Text: bankruptcy@moneylion.com | Jun 12 2026 20:22:00 | MONEYLION, PO BOX 1547, SANDY, UT 84091-1547 |
| 25686672 | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Jun 12 2026 20:21:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25689664 | * | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2026                 Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Karen King | on behalf of Debtor Sydney Wainscott Pepper myecfkingnking@gmail.com;EcfmailR62760@notify.bestcase.com |
| Matthew Franklin Totten | on behalf of Creditor IH3 Property Georgia LP mft@tottenfirm.com  jet@tottenfirm.com,mtots@recap.email |

District/off: 113E-9                                    User: bncadmin                                    Page 3 of 3

Date Rcvd: Jun 12, 2026                                Form ID: 155                                       Total Noticed: 28

Melissa J. Davey

mail@13trusteeatlanta.com  cdbackup@13trusteeatlanta.com

TOTAL: 3