**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**

**Request for Change of Address**

Case Name: Sydney Wainscott Pepper

Case No.: 26-51098  Chapter 13

**Change of Address for:**

Debtor _x__ Creditor ___ Attorney for Debtor ___ Attorney for Creditor___

**Change for:**

Notices ONLY ___ Payments ONLY ___ Notices and Payments _x_

EFFECTIVE DATE OF CHANGE: 7/10/2026

Name: Sydney Pepper

Prior Address:

310 Ballyshannon Drive
Dacula, GA 30019

*********************************************************************************
New Address:

850 Hillcrest green drive
Apt 2627
Lawrenceville ga 30046

Dated: 7/10/2026                        _____/s/_
                                        Seth A. Evans
                                        Attorney for Debtor(s)
                                        King & King Law LLC
                                        GA Bar No. 966458
                                        215 Pryor Street
                                        Atlanta GA 30308
                                        notices@kingkingllc.com